# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.

                      Plaintiff,

v.

                      Case No.: 1:17−cv−01942

                      Honorable Gary Feinerman

Installation Concepts, Incorporated

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2017:

    MINUTE entry before the Honorable Gary Feinerman:Plaintiffs have filed a notice of voluntary dismissal [5], the terms of which are set forth therein. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.